United States District Court
Southern District of Texas
**ENTERED**
December 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARNULFO JIMENEZ CUELLO, § | |
| § | |
| *Petitioner*, § | |
| § | |
| vs. § | CIVIL ACTION NO. H-25-5199 |
| § | |
| BRET A. BRADFORD, *et al.*, § | |
| § | |
| *Respondents*. § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order entered on this date, Jimenez-Cuello's petition for writ of habeas corpus is **GRANTED in part**. Jimenez-Cuello shall be afforded a bond hearing within seven (7) days or released from detention in accordance with the Court's orders in the Memorandum and Opinion.

This is a Final Judgment.

The Clerk shall provide a copy of this Final Judgment to the parties.

SIGNED at Houston, Texas on _____Dec. 5,_____, 2025.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE